| | |
|---|---|
| 1 | **DIANNE C. KERNS, ESQ.**<br>**CHAPTER 13 TRUSTEE** |
| 2 | PMB #413<br>7320 NORTH LA CHOLLA #154 |
| 3 | TUCSON AZ 85741<br>Telephone (520)544-9094 |
| 4 | Fax (520)544-7894 |

## UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| In re: | ) CHAPTER 13 PROCEEDINGS |
|---|---|
| MARY E. DOLCIAME | ) Case No.: 04-05482-TUC-JMM |
|  | ) **Application for Payment of Unclaimed** |
|  | ) **Funds to the U.S. Bankruptcy Court** |
| Debtor | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| <u>Check No.</u> | <u>Date Issued</u> | <u>Debtor/Creditor Name and Address</u> | <u>Amount</u> |
|---|---|---|---|
| 140141 | 02/27/2009 | CASH CART<br>1217 W. IRVINGTON RD #141<br>TUCSON, AZ 85714 | $75.90 |
| | | **Total** | **<u>$75.90</u>** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of <u>$75.90</u> to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

**<u>/s/ Dianne C. Kerns, #011557</u>**
Dianne C. Kerns, Esq.
Chapter 13 Trustee